# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-cr-00170-GMN-GWF |
| vs. | ) | |
| ALEXANDER D. MOORE, | ) | |
| Defendant. | ) | **ORDER** |

On November 24, 2015, this Court appointed The Federal Public Defender to represent the defendant, Alexander D. Moore for all future proceedings, as stated on the record.

Retained counsel, James Hartsell, shall forward the file to The Federal Public Defender's office forthwith.

DATED this ___25___ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE