RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Alexander D. Moore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER D. MOORE,<br><br>        Defendant. | Case No. 2:14-cr-00170-GMN-GWF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Alexander D. Moore, that the Revocation Hearing currently scheduled on March 4, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

      This Stipulation is entered into for the following reasons:

      1.    The parties are negotiating a possible resolution of this matter. Defense counsel requires additional time to discuss the possible resolution with Mr. Moore and to counsel him on his options.

      2.    The defendant is in custody and does not oppose the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 1st day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER D. MOORE,<br><br>    Defendant. | Case No. 2:14-cr-00170-GMN-GWF-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, March 4, 2024 at 11:00 a.m., be vacated and continued to  March 26, 2024  at the hour of 11:00 a.m.

DATED this  1  day of  March , 2024.

_____
UNITED STATES DISTRICT JUDGE

3